1  **MICHAEL B. BIGELOW**
   **Attorney at Law**
2  State Bar No. 65211
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 443-0217
4
   Attorney for Defendant
5  Gary Bivins

6              IN THE UNITED STATES DISTRICT COURT

7           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      ) Case No. Cr.S-07-156 WBS
                                  )
10           Plaintiff,           ) STIPULATION AND ORDER MODIFYING
                                  ) STATUS CONFERENCE; AND
11      vs.                       ) DECLARATION OF COUNSEL IN
                                  ) SUPPORT OF PROPOSED SCHEDULE
12                                ) AND EXCLUDABLE TIME
                                  )
13 GARY BIVINS                    )
                                  ) Date: June 25, 2007
14           Defendant            ) Time: 8:30 AM
                                  ) Court: WBS
15 ─────────────────────────────

16      IT IS HEREBY STIPULATED AND AGREED by the parties through

17 their respective attorneys that the status conference and in the

18 above referenced matter, presently scheduled for June 11, 2007

19 at 8:30 AM, shall be continued to June 25, 2007 at 8:30 AM.

20      This brief continuance is necessary due to the fact that

21 undersigned counsel requires additional time to meet with Mr.

22 Bivins and to conduct additional investigation into the

23 allegations presented. Although the record itself is not

24 particularly large, discovery has just recently been received.

25

Additional time for attorney preparation is authorized by 18 U.S.C. 3161 (H)(8)(ii) of the Speedy trial Act and Local Code T4.  Thus, time should be excluded pursuant to 18 U.S.C. 3161 (H)(8)(ii) and Local Code T4.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 7th day of September, at Sacramento, California.

```
                                    /S/MICHAEL  B. BIGELOW
                                    Michael B. Bigelow
                                    Attorney for Defendant
```

**IT IS SO STIPULATED**

```
/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,              Dated: June 7, 2007
Assistant United States Attorney
Attorney for Plaintiff


/S/MICAHEL B. BIGELOW                Dated: June 7, 2007
Michael B. Bigelow
Attorney for Defendant
```

**IT IS SO ORDERED**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED:  June 9, 2007

-2-