**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Gary Bivins

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-07-156 WBS |
| Plaintiff, | STIPULATION AND ORDER MODIFYING STATUS CONFERENCE; AND DECLARATION OF COUNSEL IN SUPPORT OF PROPOSED SCHEDULE AND EXCLUDABLE TIME |
| vs. | |
| GARY BIVINS | Date: July 9, 2007 |
| Defendant | Time: 8:30 AM |
| | Court: WBS |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the status conference and in the above referenced matter, presently scheduled for June 25, 2007 at 8:30 AM, shall be continued to July 9, 2007 at 8:30 AM.

This brief continuance is necessary due to the fact that undersigned counsel requires additional time to meet with Mr. Bivins and to conduct additional investigation into the allegations presented.

Additional time for attorney preparation is authorized by 18 U.S.C. 3161 (H)(8)(ii) of the Speedy trial Act and Local Code

-1-

PDF created with pdfFactory trial version www.pdffactory.com

T4.  Thus, time should be excluded pursuant to 18 U.S.C. 3161 (H)(8)(ii) and Local Code T4.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 22nd day of June, at Sacramento, California.

/S/MICHAEL  B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,           Dated: June 22, 2007
Assistant United States Attorney
Attorney for Plaintiff

/S/MICAHEL B. BIGELOW             Dated: June 22, 2007
Michael B. Bigelow
Attorney for Defendant

**IT IS SO ORDERED**

Dated:  June 22, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

PDF created with pdfFactory trial version www.pdffactory.com