**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Gary Bivins

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-07-156 WBS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| vs. | Date: November 19, 2007<br>Time: 8:30 AM<br>Court: WBS |
| GARY BIVINS | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the sentencing in the above referenced matter, presently scheduled for October 22, 2007 at 8:30 AM, shall be continued to November 19, 2007, 2007 at 8:30 AM.

**IT IS SO STIPULATED**


/S/MICHAEL BECKWITH, Esq.,
Michael Beckwith, Esq.,                Dated: October 18, 2007
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                  Dated: October 18, 2007
Michael B. Bigelow
Attorney for Defendant


**IT IS SO ORDERED**

Dated:  October 19, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE