```
                                          FILED
                                    May 24, 2010
UNITED STATES DISTRICT COURT FOR THE   CLERK, US DISTRICT COURT
                                       EASTERN DISTRICT OF
                                          CALIFORNIA
   EASTERN DISTRICT OF CALIFORNIA         DEPUTY CLERK
```

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )         Case No. 2:CR.S-07-156
                                     )
v.                                   )         ORDER FOR RELEASE OF
                                     )         PERSON IN CUSTODY
GARY BIVINS,                         )
                                     )
                Defendant.           )
_____)

TO:    UNITED STATES MARSHAL:

       This is to authorize and direct you to release   GARY BIVINS  , Case No.  2:CR.S-07-156,

Charge  Supervised Release Violation , from custody for the following reasons:

           ✔      Release on Personal Recognizance

           __     Bail Posted in the Sum of $__

                  __     Unsecured Appearance Bond

                  __     Appearance Bond with 10% Deposit

                  __     Appearance Bond with Surety

                  __     Corporate Surety Bail Bond

           ✔      (Other)        All previously ordered conditions shall remain in

                                 effect.  Additionally, the conditions are modified to

                                 include that the defendant shall enter a 90-Day

                                 program at The Effort.


       Issued at  Sacramento, CA  on  May 24, 2010   at  3:22 pm   .


                                      By
                                         William B. Shubb
                                         United States District Judge